# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

147511

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHIGAN ASSOCIATION OF
GOVERNMENTAL EMPLOYEES,
      Plaintiff-Appellee,

v

STATE OF MICHIGAN and OFFICE OF
THE STATE EMPLOYER,
      Defendants-Appellants.

SC: 147511
COA: 304920
Ct of Claims: 10-000037-MK

_____/

On order of the Court, the application for leave to appeal the June 20, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *UAW v Green* (Docket No. 147700) and *Mich Coalition of State Employee Unions v Michigan* (Docket No. 147758) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk

t0122